JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY MASSARELLI,**<br><br>Plaintiff,<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES, LLC,**<br><br>Defendant. | **Case No.:** 2:24-cv-05707-MWF(Ex)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)** |

Pursuant to the parties' Stipulation of Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) (Docket No. 15), IT IS ORDERED that this action be and hereby is, DISMISSED WITH PREJUDICE with respect to all Parties named herein, as to all claims and causes of action, with each party bearing that party's own attorneys' fees and costs. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  October 31, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge